**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20464-LEIBOWITZ**

**SAMUEL LEE SMITH JR.,**

*Plaintiff,*

*v.*

**MIAMI-DADE COUNTY., *et al.*,**

*Defendants.*

_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Defendant Walmart Inc.'s Motion to Dismiss Plaintiff's Complaint ("the Motion") [ECF No. 11], filed on March 12, 2026. In lieu of responding to the Motion, Plaintiff filed an Amended Complaint [ECF No. 14]. Because the Amended Complaint supersedes the initial complaint, Defendants' Motion is moot. *See Dresdner Bank AG, Dresdner Bank AG in Hamburg v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir. 2006); *Johnson Controls, Inc. v. Uribazo*, 2012 WL 6652934, at *1 n.1 (S.D. Fla. Dec. 21, 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss the Complaint [**ECF No. 11**] is **DENIED AS MOOT** without prejudice.

**DONE AND ORDERED** in the Southern District of Florida on April 15, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record