**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**SAMUEL LEE SMITH JR,** CASE NO.: 1:26-cv-20464-DSL

Plaintiff,

vs.

**WALMART INC.,**
a Foreign for-Profit Corporation

and

**MIAMI-DADE COUNTY,**
a municipality,

Defendants.
_______________________________________/

**UNOPPOSED MOTION FOR COLIN RICHARDS TO WITHDRAW AS COUNSEL FOR PLAINTIFF SAMUEL LEE SMITH JR.**

Colin Richards, Esq., and Colin Richards Law P.A., hereby gives notice of their withdrawal as counsel for Plaintiff SAMUEL LEE SMITH JR:

1. The Plaintiff and the undersigned counsel have irreconcilable differences.
2. Under the aforementioned circumstances, the undersigned is unable to effectively represent the Plaintiff and therefore the undersigned counsel moves to withdraw as counsel of the record in the above-styled case.
3. Withdrawal at this stage of the proceedings may result in prejudice to Plaintiff unless appropriate safeguards are implemented, including sufficient time for Plaintiff to obtain substitute counsel and adjustment of pending deadlines.
4. The undersigned counsel will be prejudiced and disadvantaged if this instant Motion is not granted. Counsel for Defendants have indicated that they do not oppose counsel’s withdrawal.

5. Plaintiff Samuel Lee Smith Jr., contact information is as follows:

   Address: 16614 SW 99th Ct, Miami, FL 33157.

   Email address: gymsam7@gmail.com.

   Phone number: 305-379-3840.

WHEREFORE, Colin Richards, Esq., and Colin Richards Law P.A., does hereby request that this motion be granted in its entirety and that the Court grants such other and further relief and the Court may seem necessary.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned has conferred with Defendants' counsel regarding the relief sought herein in a good faith effort to resolve the issues set forth in this Motion, and Defendants' counsel do not oppose that Colin Richards, Esq., and Colin Richards Law P.A., is permitted to withdraw.

Respectfully submitted this 3rd day of May 2026.

Respectfully submitted,

/s/Colin Richards
Colin Richards Esq.
Florida Bar No.: 0109234
Email: ColinRichardsLaw@gmail.com
Colin@ColinRichardsLaw.com
Info@ColinRichardsLaw.com
Address: 900 Osceola Drive, Suite 201
West Palm Beach, FL 33409
Telephone: 561-524-7200
Fax: 561-828-0372
*Attorney for the Plaintiff*