**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20464-LEIBOWITZ**

**SAMUEL LEE SMITH JR.,**

*Plaintiff*,

*v.*

**MIAMI-DADE COUNTY, *et al.*,**

*Defendants.*
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on a *sua sponte* review of the docket. Defendants Miami-Dade County and Walmart Inc. filed motions to dismiss the claims in this action on April 13, 2026, and April 14, 2026, respectively ("the Motions") [ECF Nos. 19, 20]. On May 12, 2026, counsel for Plaintiff filed a renewed motion to withdraw [ECF No. 28], which the Court granted [ECF No. 29]. In its order granting the motion to withdraw, the Court stayed the deadlines to respond to the Motions. [*Id.* at 2]. Plaintiff has now advised the Court that he intends to proceed *pro se* in this matter. [*See* ECF Nos. 30, 31].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall file responses to the Motions no later than June 10, 2026. Defendants are granted leave to file separate replies and shall do so, if at all, within seven (7) days of the filing of each of Plaintiff's responses.

**DONE AND ORDERED** in the Southern District of Florida on May 27, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record

Samuel Lee Smith Jr.
16614 SW 99th Ct
Miami, FL 33157
Email: gymsam7@gmail.com
PRO SE